■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE MEDINA, Appellant. [727 NYS2d 645] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Colabella, J.), rendered April 26, 1999, convicting him of criminal possession of a controlled substance in the second degree, criminal possession of a controlled substance in the third degree, criminally using drug paraphernalia in the second degree (five counts) and criminal possession of a controlled substance in the seventh degree (five counts), after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support his conviction is unpreserved for appel-

late review (*see, People v Gray,* 86 NY2d 10). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are unpreserved for appellate review, and we decline to reach them in the exercise of our interest of justice jurisdiction. O'Brien, J. P., Krausman, Smith and Adams, JJ., concur.